

No. 92–1083. PHELPS *v.* SOVRAN BANK, 507 U. S. 1024. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 92–6878. BURTON *v.* CITY OF YOUNGSTOWN ET AL., 507 U. S. 974. Motion for leave to file petition for rehearing denied.

MAY 28, 1993

No. 88–1403. AIR LINE PILOTS ASSN. ET AL. *v.* EASTERN AIR LINES, INC. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.1. 

JUNE 1, 1993

No. A–865. REIL *v.* MITCHELL, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. Commw. Ct. Pa. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 91–1600. HAZEN PAPER CO. ET AL. *v.* BIGGINS, 507 U. S. 604. Motion of respondent to disallow costs denied.

No. 92–519. JOHNSON, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. *v.* DE GRANDY ET AL. D. C. N. D. Fla. [Probable jurisdiction noted *sub nom. Wetherell* v. *De Grandy,* 507 U. S. 907];

No. 92–593. DE GRANDY ET AL. *v.* JOHNSON, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. D. C. N. D. Fla. [Probable jurisdiction noted *sub nom. De Grandy* v. *Wetherell,* 507 U. S. 907]; and

No. 92–767. UNITED STATES *v.* FLORIDA ET AL. D. C. N. D. Fla. [Probable jurisdiction noted, 507 U. S. 907.] Motion of the Acting Solicitor General for divided argument granted in part. A total of 30 minutes for oral argument is allotted to the Acting Solicitor General, and a total of 15 minutes for oral argument is allotted to the De Grandy plaintiffs. Motion of Florida and the state officials for divided argument denied. A total of 45 minutes for oral argument is allotted to Florida and the state officials.

No. 92–6281. HAGEN *v.* UTAH. Sup. Ct. Utah. [Certiorari granted, 507 U. S. 1028.] Motion of Ute Indian Tribe for leave to intervene denied. JUSTICE BLACKMUN would grant this motion.